# Court of Appeals
# of the State of Georgia

ATLANTA,  February 15, 2016

*The Court of Appeals hereby passes the following order:*

**A16A0633.  JONES v. THE STATE.**

Appellee's Motion to Dismiss is GRANTED.



*Court of Appeals of the State of Georgia*
   *Clerk's Office, Atlanta,*  02/15/2016
   *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
   *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

*Stephen E. Castlen*

_____ *, Clerk.*